**Order entered January 18, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00950-CR

**BOBBY LEE MURPHY, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-25327**

### ORDER

Before the Court is the January 17, 2023 second request of Court Reporter Georgina Ware for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **FEBRUARY 17, 2023.**

We **DIRECT** the Clerk to send copies of this order to Georgina Ware, Court Reporter, and to counsel for all parties.

/s/     ERIN A. NOWELL
JUSTICE